February 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JASON FRANCIS, Appellant

NO. 14-13-00534-CV                    V.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF
AMERICA, N.A. AND WELLS FARGO BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL
I, INC., TRUST 2005-WMC, MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2005-WMC6, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 17, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jason Francis.

We further order this decision certified below for observance.